IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | No. 1:12-cr-00310-03 |
| v. | : | |
| | : | (Judge Kane) |
| DAVID RAMSEY, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 5th day of December 2013, **IT IS HEREBY ORDERED THAT** Defendant's motion to suppress (Doc. No. 131) is **DENIED**.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania